DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER LANG,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2487

[January 24, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 502014CF005635.

Michael M. Brownlee of The Brownlee Law Firm, P.A., Orlando, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Georgina Jimenez-Orosa, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER and KLINGENSMITH, JJ, and ROBY, WILLIAM, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***